In the Matter of the Petition of GERRITSEN PARK, INC., Respondent, for an Order of Peremptory Mandamus against MICHAEL COSGROVE, Commissioner of Docks of the City of New York, Appellant.— Order unanimously affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Petition of CHARLES E. PECHIN, Respondent, to Render and Settle His Account as Administrator, etc., of CARRIE PECHIN, Deceased. MARGUERITE C. ROMANO, Appellant.— Decree of the Surrogate's Court of Queens county affirmed, without costs. The instrument in evidence in support of the claim of the respondent against the estate was not a check. (See Neg. Inst. Law, §§ 321, 210.) The amount of money directed to be paid by the instrument was not fixed in the instrument itself; the direction being to pay "all my cash." The evidence supports the finding that the account with the trust company represented savings from the respondent's salary and profits made by him from building operations; that the decedent recognized this, and that she, therefore, delivered the written instrument to her daughter for delivery to the respondent for the purpose of vesting in him the title to the fund. In any event the instrument is evidence of the respondent's claim against the estate, and not being a negotiable instrument, it operates as an assignment. Kelly, P. J., Rich, Kelby and Young, JJ., concur; Jaycox, J., dissents.

JULIUS KAYSER & Co., Respondent, v. THOMAS MOORE and Others, Individually and as President, etc., of LOCAL UNION No. 30, AMERICAN FEDERATION OF FULL FASHIONED HOSIERY WORKERS, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Ordinarily, whether a preference should be granted for special reasons rests in the sound discretion of the calendar judge. We find no reason for interfering with the order made by the trial court. We think, moreover, that the case can be tried promptly in its regular order without special preference. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

PAUL KROEGER, Appellant, v. SHIPLEY CONSTRUCTION AND SUPPLY COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

GEORGE MORD, Appellant, v. NEW YORK INDEMNITY COMPANY, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The moving papers fail to show facts sufficient to justify the order appealed from on the ground that a fair and impartial trial may not be had in Richmond county, and it is not shown that defendant's witnesses mentioned are material, or that their convenience will be served by changing the place of trial to Kings county. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.